the Court of Federal Claims. The court, therefore, did not err in ordering the dismissal of her complaint.

For the foregoing reasons, the order and judgment of the Court of Federal Claims dismissing Ms. Velez's complaint are affirmed.

**AFFIRMED**

No costs.

**JUDGMENT**

Per Curiam (Dyk, Plager, and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**LG ELECTRONICS, INC., Appellant**

v.

**TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION, Appellee**

2015–1822

United States Court of Appeals, Federal Circuit.

June 13, 2016

**LG ELECTRONICS, INC., Appellant**

v.

**TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION, Appellee**

2015–1823

United States Court of Appeals, Federal Circuit.

June 13, 2016

STEVEN M. LIEBERMAN, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, argued for appellant. Also represented by MICHAEL VINCENT BATTAGLIA.

JOSEPH A. RHOA, Nixon & Vanderhye P.C., Arlington, VA, argued for appellee. Also represented by UPDEEP GILL.

STEVEN M. LIEBERMAN, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, argued for appellant. Also represented by MICHAEL VINCENT BATTAGLIA.

JOSEPH A. RHOA, Nixon & Vanderhye P.C., Arlington, VA, argued for appellee. Also represented by UPDEEP GILL.